UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EDWARD KRUMHOLZ, CAROLYN DEGREGORIO,
JAKUB DENIS, CARMEN FROLOFF, and
LOU VOLPE, individually and on
behalf of those individuals
similarly situated,               REFERRAL ORDER
                                  14-CV-5371(JS)(AKT)

                 Plaintiffs,

        -against-

ASSOCIATED MATERIALS, LLC,
ASSOCIATED MATERIALS, INC.,
ALSIDE, INC., ALSIDE, ALSIDE
SUPPLY CENTER, ALSIDE N.Y. DISTRIB.
CORP., and JOHN DOES 1-12,

                 Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:    Saul D. Zabell, Esq.
                   Zabell & Associates, P.C.
                   One Corporate Drive, Suite 103
                   Bohemia, NY 11716

For Defendants:    Brian Jeffrey Gershengorn, Esq.
                   Ogletree Deakins
                   1745 Broadway, 22nd Floor
                   New York, NY 10019

SEYBERT, District Judge:

The pending motion for conditional certification of a collective action under the Fair Labor Standards Act (Docket Entry 28) is hereby REFERRED to Magistrate Judge A. Kathleen Tomlinson pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Summa v. Hofstra Univ., 715 F. Supp. 2d 378, 383-84 (E.D.N.Y. 2010) (reviewing objections to a decision of a magistrate judge granting conditional certification under Rule

72(a) because a motion seeking conditional class certification is "only a preliminary determination[] and [is] not dispositive" (alterations in original) (internal quotation marks and citations omitted)).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February  17 , 2015
       Central Islip, NY